**88-1517.** Vasco Electric, Inc. v. M. Berkowitz & Co. *Trumbull County,* No. 3869. On motion to dismiss. Motion to dismiss overruled.

Holmes and Wright, JJ., dissent.

**88-1554.** Goodman v. Hal Hammond Ins. Co. *Marion County,* No. 9-87-3. On motion to consolidate with 88-1555, *Goodman* v. *Hal Hammond Ins. Co.,* Marion County No. 9-86-5. Motion granted.

**88-1567.** Cassetta v. TRW, Inc. *Lorain County,* No. 4316. On motion for leave to file memorandum in support instanter. Motion granted.

**88-1583.** State v. Morgan. *Franklin County,* No. 86AP-854. On motion for leave to file delayed appeal. Motion denied.

H. Brown, J., dissents.

**88-1606.** Bostick v. Barnes. *Montgomery County.* No. CA 10801. On motion for leave to file notice of appeal and memorandum in support instanter. Motion granted.

**88-1616.** State v. Whipple. *Wayne County,* No. 2353. On motion for an appeal bond. Motion denied.

Holmes, J., would set a bond in the amount of $25,000.

## DISCIPLINARY DOCKET

**D.D. 76-11.** Bar Assn. of Greater Cleveland v. Esber. On motion of Edward M. Esber for reconsideration. Reported at 37 Ohio St. 3d 715, ____ N.E. 2d ____. Motion denied.

Locher, J., dissents.

**D.D. 88-20.** Disciplinary Counsel v. Konet. On motion for leave to file relator's objections instanter. Motion granted.